UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LORENZO C. FULMER SR.,

    Plaintiff,

v.

NEW BERN TRANSPORT CORPORATION,

    Defendant.

C17-1166 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Unopposed Motion for Leave to File First Amended Complaint to add claims under 42 U.S.C. § 1981 for racial discrimination and retaliation, docket no. 11, is GRANTED. Plaintiff shall file and serve his amended complaint within fourteen (14) days of the date of this Minute Order, as required under Local Civil Rule 15.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 1st day of December, 2017.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1